JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:21-cv-06525-MCS-KK | Date September 17, 2021 |
| Title *Darold M. Shirwo v. FedEx Corporation et al* | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)

On August 31, 2021, the Court issued an Order Granting Motion to Dismiss (ECF No. 10). The Court advised Plaintiff that he "may file a First Amended Complaint within 14 days of this Order. Failure to file a timely amended complaint will waive the right to do so. Leave to add new defendants or claims must be sought by a separate, properly noticed motion." Plaintiff has not filed an amended complaint. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

IT IS SO ORDERED.